IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. CV420-316 |
| | ) |
| CHC RIVER STREET OWNER LLC, A | ) |
| Georgia Corporation, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Plaintiff Deborah Laufer's Notice of Dismissal. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA